IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROY WILLIAM WATKINS**                                                              **PLAINTIFF**

**V.**                          **CASE NO. 1:12CV00106 SWW/BD**

**MIKE SMITH**                                                                       **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.    Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Susan Webber Wright. Any party may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection. An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation. A copy will be furnished to the opposing party.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

> Mail objections and "Statements of Necessity" to:
>
>> Clerk, United States District Court
>> Eastern District of Arkansas
>> 600 West Capitol Avenue, Suite A149
>> Little Rock, AR 72201-3325

## II. Discussion

Plaintiff Roy William Watkins was granted leave to proceed *in forma pauperis* on October 16, 2012, and was ordered to file an amended complaint. (Docket entry #3) He is no longer being held, however, in the Jackson County Detention Facility. (#4)

By Order of October 19, 2012, this Court ordered Mr. Watkins to inform the Court of his new address within thirty days. (#5) The thirty-day time period for providing a valid address has passed, and Mr. Watkins has not complied with the October 19, 2012 Order. Mr. Watkins was warned that failure to comply with the Court's Order could result in dismissal of his case. (#5)

## III. Conclusion

Because Mr. Watkins has not complied with the Court's Order, his complaint should be dismissed, without prejudice, under Local Rule 5.5(c)(2).

DATED this 20th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE