IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROY WILLIAM WATKINS**                                                   **PLAINTIFF**

**V.**                       **CASE NO. 1:12CV00106 SWW/BD**

**MIKE SMITH**                                                                 **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. No objections to the Recommendation have been filed.[1]

The Recommendation should be, and hereby is, approved and adopted in all respects.

This case is DISMISSED without prejudice, this 6th day of December, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The copy of the Report and Recommendations mailed to plaintiff was returned to the Clerk of the Court marked "Return to Sender . . . Unable to Forward." Doc. # 9.